# APPOINTMENT AFFIDAVITS

- FILED

2010 OCT 28 PM 1:36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

10/28/2010

PRIVATE ATTORNEY GENERAL Ex Rel State of Florida Pursuant to:
42 USC 1988 Federal Protected Witness 18 USC 1512-13

*(Position to which Appointed)*                              *(Date Appointed)*

| OFFICE OF THE PRIVATE ATTORNEY GENERAL LEE COUNTY, FLORIDA | CRIMINAL INVESTIGATIONS Pursuant To: 18 USC 1510 | District Court of the united States Pursuant to:18US15 |
|---|---|---|
| *(Department or Agency)* | *(Bureau or Division)* | *(Place of Employment)* |

I, **Alejandro Salvador Reyes, Private Attorney General**, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

_____
*(Signature of Appointee)*

FLOC4 R200-017-49-230-0

Subscribed and sworn (or affirmed) before me this **28th** day of **October**, **2010**

at **Ft. Myers**                                     **Florida**
   *(City)*                                             *(State)*

ISMAEL M CARDOSO
Notary Public - State of Florida
My Commission Expires SEP 04, 2012
Commission # DD 785286

_____
*(Signature of Officer)*  NOTARY PUBLIC

Commission expires **05/04/2012**                    **NOTARY PUBLIC**
*(If by a Notary Public, the date of his/her Commission should be shown)*        *(Title)*

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable