Marcelo Soares Moura, In Pro per,
Ex Relatione State of Florida
For: MARCELO SOARES MOURA, a cestui que trust
3642 Pine Oak Circle # 102
Fort Myers, Florida [33916]
Victim and Federal Witness

*In The Admiralty*
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Ft. MYERS DIVISION

IN REM:

| | |
|---|---|
| FREEMONT INVESTMENT & LOAN ) | Federal Case No. |
| Plaintiffs ) | 2:10-CV-652-FtM-29 DNF |
| Defendants in Counter Claim ) | |
| v. ) | |
| ) | |
| MARCELO SOARES MOURA ) | |
| Et al. ) | |
| Defendants ) | |
| Plaintiff in Counter Claim ) | |
| _____/ ) | |
| ) | |

NOTICE OF FILLING

Marcelo Soares Moura, gives notice of filling legible copies of the state court proceeds, pursued document 4 , requested by the Court.

_____
Marcelo Soares Moura,
Victim and Federal Witness

FILED
2010 NOV 16 AM 1:44
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA