# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**KONDAUR CAPITAL CORP.,**
            **Plaintiff,**

-vs-                                          Case No.  2:10-cv-652-FtM-29DNF

**FREEMONT INVESTMENT & LOAN and**
**MARCELO SOARES,**
            **Defendants.**

_____

## ORDER

On November 10, 2010, the Plaintiff, Kondaur Capital Corporation filed a Motion to Remand (Doc. 9).  Pursuant to Local Rule 3.01(b), a party has fourteen (14) days in which to file a response to a motion. *See*, M.D. Fla. L.R. 3.01(b).  The time to respond has passed and Marcelo Soares Moura has failed to file a response to the Motion to Remand (Doc. 9).  On December 2, 2010 pursuant to Local Rule 6.01(b), this Court has been given an oral directive by the Honorable John E. Steele, United States District Judge that the Motion to Remand (Doc. 9) has been referred for a report and recommendation.  *See*, M.D. Fla. L.R. 6.01(b).

**IT IS HEREBY ORDERED:**

1) An oral directive by Judge Steele has been given referring the Motion to Remand (Doc. 9) to this Court for a report and recommendation.  The Clerk shall refer the Motion to Remand (Doc. 9) to this Court for a report and recommendation.

2) Within fourteen (14) days from the date of this Order Marcelo Soares Moura shall file a response to the Motion to Remand (Doc. 9). If no response is filed within this time period, the Court will enter its report and recommendation without a response and without further notice.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this __6th__ day of December, 2010.

                                                  DOUGLAS N. FRAZIER
                                                  UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record