Marcelo Soares Moura, In Pro per,

Ex Relatione State of Florida

1310 Weeping Willow Ct

Cape Coral, Florida [33914]

Victim and Federal Witness

Case No. 2:10-cv-652-FTM-29dnf

In the district court of The United States

For the Middle District of Florida

Ft. Myers Division

KONDAUR CAPITAL CORP.,

    Plaintiff,

-vs-

FREEMONT INVESTMENT & LOAN and
MARCELO SOARES MOURA,

    Defendants.

---

**JUDICIAL NOTICE PURSUANT TO FRE 201**

OBECTION AND RESPONSE TO PLAINTIFFS MOTION FOR REMAND

To The Honorable Judge of said Court Notice:

The Alleged defendants Marcelo and wife respond to the Plaintiffs Motion to Remand with their Verified affidavit of truth that simply states under penalty of perjury to wit:

That the Marcelo and wife are foreign nationals and diversity of citizenship should apply to this case in question; and

That the alleged Plaintiff's and their attorneys have failed to do their due diligence, and have done everything to hide their lack of competence by doing the easy way and joined the "Rocket Docket Racket" greasing some state judges hand to get their way; and

That the alleged plaintiff' have refuse to comply with the rules of evidence and discovery, by refusing to prove upon the record their standing, jurisdiction, and their counsel has refused to prove upon the record that they are legal representatives of the alleged holder in due course. The jurisdiction has been challenged and the lower court has allowed the depravation of Marcelo's rights.

Wherefore Marcelo Moura and his wife Petition this Honorable Court to deny remand to the Plaintiff, and issue and order to keep the case on the hands of the federal court for 60 days until the Forensic Accounting and investigation is completed for Marcelo to prove to this Honorable court the frauds perpetrated by the mortgage company and its counsel upon Marcelo Moura and his wife. The defendant is in the process of having the forensic accounting done amidst homelessness, economic devastation, and the stress of having to care for his wife suffering with terminal cancer.

Submitted by Marcelo and Janice Datcho

_____     _____

This 17th day of December 2010

Copies: All Parties of Record