U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREMONT INVESTMENT & LOAN,

    Plaintiff,

-vs-                              Case No: 2:10 CV-652-FTM-29DNF

MARCELO SOARES MOURA, et al.

    Defendants.

_____/

**KONDAUR CAPITAL CORPORATION'S RESPONSE TO DEFENDANT MARCELO SOARES MOURA'S OBJECTION TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE FRAZIER**

Comes now Plaintiff Kondaur Capital Corporation, by and through its undersigned counsel, and hereby files this its Response to Defendant Marcelo Soares' Moura's Objection to Report and Recommendation of Magistrate Judge Frazier, and states as follows:

1.    Marcelo Soares Moura ("Moura") has filed a document titled "Judicial Notice of Adjudicative Facts Pursuant to F.R.E. 201 FRCP and Objection to Plaintiff's Motion for Remand" which appears to be an objection to the Report and Recommendation of Magistrate Judge Frazier that Kondaur Capital Corporation's Motion to Remand be granted. Magistrate Judge Frazier entered his Report and Recommendation recommending that Kondaur Capital Corporation's Motion to Remand be granted on January 18, 2011 (Dkt. 13).

2. Moura's Objection fails to provide any grounds to counter Magistrate Judge Frazier's Report and Recommendation or otherwise makes any meritorious argument that this case should not be remanded.

WHEREFORE, Kondaur Capital Corporation respectfully requests that this Court adopt the recommendation of the Report and Recommendation and remand this case to State Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document by first-class mail to the following: **Marcelo Soures Moura**, 3004 SW 26th Court, Cape Coral, Florida 33914; **PAUL B. WOODS**, Esquire, Penthouse Five, 9400 South Dadeland Blvd., Dadeland Towers South, Miami, Florida 33156-7852, Attorney for Marcelo S. Moura and Janice Datcho (State Court action only); **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**, c/o Electronic Data, Systems Corp., 3300 SW 34th Avenue, Suite 101, Ocala, Florida 34474; **FREMONT INVESTMENT & LOAN**, c/o CT Corporation Systems, 1200 S. Pine Island Road., Plantation, Florida 33324; and **Shan Massand, Esquire**, YOSS, L.L.P., P.O. Box 143107, Miami, Florida 33114-3107 on this 11th day of February, 2011.

GIBBONS, NEUMAN, BELLO,
SEGALL, ALLEN & HALLORAN, P.A.

/s/ John R. Bello, Jr.
By: Rod B. Neuman, Esquire
Florida Bar No. 748978
John R. Bello, Jr., Esquire
Florida Bar No. 611395
3321 Henderson Boulevard
Tampa, Florida 33609
(813) 877-9222
ATTORNEY FOR PLAINTIFF

i:\rneuman\real estate\grp financial group\moura, marcelo\resp to objection to motion for remand.doc